**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:     General Metal Fabricating Corporation, G. M. F. Leasing Inc., and Arnold Curry **V.** John Stergiou and Main Marine Repair and Industrial Cleaning Co.

Appellate case number:   01-11-00460-CV

Trial court case number:   0000900

Trial court:                        133rd District Court of Harris County

Date motion filed:            February 27, 2013

Party filing motion:         Appellants

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/  Harvey Brown
                               ☐ Acting Individually  ☒  Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.

Date: September 17, 2013